1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   JOSE J. ORTIZ,             )

8                            Plaintiff,   )     Case No. 2:09-cv-01795-GMN-PAL

9   vs.                     )      **<u>ORDER</u>**

10  SILVER STATE FORD,     )   (Mot for Waiver of Attendance - Dkt. #47)

11                     Defendant.  )

12

13       Before the court is Defendant's Motion for Waiver of Attendance of Insurance Representative at

14 Settlement Conference (Dkt. #47) filed August 15, 2011.  Defendant represents one or more

15 representatives from Gaudin Ford, which is partially responsible for payment of any settlement

16 proceeds will be present and that the insurance representative resides out of state, is the sole person

17 responsible for handling employment discrimination claims for the company, and that attending the

18 settlement conference would require two days travel.  Defendant also represents that Defendant will

19 have a settlement position formulated before the settlement conference. Plaintiff did not file an

20 opposition.

21       The court's standard order scheduling settlement conferences requires the personal attendance

22 of individual parties, and individuals with settlement authority, including insurance company

23 representatives because settlement conferences in this district are mandatory, and rarely productive

24 without the physical participation of all concerned.  However, the court will grant Defendant's request

25 for an exception to the personal attendance requirement for the insurance carrier's representative with

26 settlement authority imposing the requirement that the representative shall be fully informed about the

27 case, prepared to discuss his settlement position, and available to participate telephonically for the

28 duration of the conference.

**IT IS ORDERED** that:

1.  Defendant's Motion for Waiver of Attendance of Insurance Representative at Settlement Conference (Dkt. #47) is **GRANTED**.

2.  The insurance representative for HARCO insurance, Mr. Gary Kopacz, shall be available by telephone for the duration of the settlement conference scheduled for October 13, 2011, at 1:30 p.m.

Dated this 15th day of September, 2011.

_____
Peggy A. Leen
United States Magistrate Judge