**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSE J. ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-01795-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SILVER STATE FORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1.    The Settlement Conference currently scheduled for April 5, 2012, at 1:30 p.m., before the undersigned, is **VACATED** and **CONTINUED** to **April 11, 2012, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.    The deadline for chambers to receive the confidential settlement conference statements, currently due March 29, 2012, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., April 4, 2012.**

Dated this 2nd day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge