1   FISHER & PHILLIPS LLP
    SCOTT M. MAHONEY, ESQ.
2   Nevada Bar No. 1099
    3800 Howard Hughes Parkway
3   Suite 950
    Las Vegas, NV  89169
4   Telephone:  (702) 252-3131
    Facsimile:  (702) 252-7411
5
    Attorneys for Defendant
6
                    **UNITED STATES DISTRICT COURT**
7
                       **DISTRICT OF NEVADA**
8   JOSE J. ORTIZ,                          )
                                            )
9              Plaintiff,                    )   Case No. 2:09-cv-01795-RCJ-PAL
                                            )
10    v.                                     )   **MOTION FOR WAIVER OF**
                                            )   **ATTENDANCE OF INSURANCE**
11  SILVER STATE FORD, a Nevada              )   **REPRESENTATIVE AT**
    Corporation d/b/a GAUDIN                 )   **SETTLEMENT CONFERENCE**
12  FORD PORSCHE                             )
                                            )
13             Defendants.                   )
    _____)
14

15        Defendant, Silver State Ford d/b/a Gaudin Ford Porsche, by and through its

16  counsel, FISHER & PHILLIPS LLP, hereby moves this Court, pursuant to the Order

17  Scheduling a Settlement Conference filed January 20, 2012, for an order excusing the

18  physical attendance at the Settlement Conference of Gary Kopacz, the insurance

19  representative for HARCO insurance, who resides in Illinois.  Physical attendance

20  would likely result in two days of travel and associated expense, which is unnecessary

21  because Defendant will have a settlement position formulated before the Settlement

22  Conference, Mr. Kopacz would be available during the Settlement Conference by

23  telephone as needed, and one or more representatives from Gaudin Ford (which would

24  be partially responsible for any payment) will be physically present.  Mr. Kopacz is

    the sole person at HARCO assigned to handling employment discrimination claims

                                        - 1 -
LasVegas 92523.1

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada  89169

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada  89169

1   such that this matter cannot be delegated to another HARCO representative in closer

2   physical proximity to Las Vegas.   (The only person who occasionally acts in Mr.

3   Kopacz's stead on claims of this nature is his superior, who also is in Illinois).

4       It should be noted a previous attendance waiver for Mr. Kopacz was granted

5   regarding the October 13, 2011 Settlement Conference (docket #48), and what

6   Defendant contends was a settlement between the parties was reached despite Mr.

7   Kopacz's lack of personal attendance.   If Judge Navarro declines to enforce this

8   settlement prior to this Settlement Conference, Defendant and Mr. Kopacz should not

9   be penalized in the form of having to make a personal appearance as a result of

10  Plaintiff changing his mind about settlement following the October 13 Settlement

11  Conference.

12                                Respectfully submitted,

13                                FISHER & PHILLIPS LLP

14

15                                By:  /s/ Scott M. Mahoney, Esq.
                                  SCOTT M. MAHONEY, ESQ.
                                  3800 Howard Hughes Parkway

16                                Suite 950
                                  Las Vegas, Nevada  89169

17                                Attorneys for Defendant

18

19  **IT IS SO ORDERED** this 6th day
    of February, 2012.

20

21

22  Peggy A. Leen
    United States Magistrate Judge

23

24

LasVegas 92523.1

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

1

**<u>CERTIFICATE OF ELECTRONIC SERVICE</u>**

2

This is to certify that on the 3rd day of February 2012, the undersigned an

3

employee of Fisher & Phillips LLP, electronically filed the foregoing Motion for

4

Waiver of Attendance of Insurance Representative at Settlement Conference with the

5

U.S. District Court, and a copy was electronically transmitted from the Court to the e-

6

mail address on file for:

7

James P. Kemp, Esq.

8

By:   /s/ Lorraine James-Newman

9

An employee of Fisher & Phillips LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LasVegas 92523.1

- 3 -