FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE J. ORTIZ, <br><br>   Plaintiff, <br><br> v. <br><br> SILVER STATE FORD, a Nevada Corporation d/b/a GAUDIN FORD PORSCHE <br><br>   Defendants. | Case No. 2:09-cv-01795-RCJ-PAL <br><br> **MOTION FOR WAIVER OF ATTENDANCE OF INSURANCE REPRESENTATIVE AT SETTLEMENT CONFERENCE** |

Defendant, Silver State Ford d/b/a Gaudin Ford Porsche, by and through its counsel, FISHER & PHILLIPS LLP, hereby moves this Court, pursuant to the Order Scheduling a Settlement Conference filed January 20, 2012, for an order excusing the physical attendance at the Settlement Conference of Gary Kopacz, the insurance representative for HARCO insurance, who resides in Illinois.  Physical attendance would likely result in two days of travel and associated expense, which is unnecessary because Defendant will have a settlement position formulated before the Settlement Conference, Mr. Kopacz would be available during the Settlement Conference by telephone as needed, and one or more representatives from Gaudin Ford (which would be partially responsible for any payment) will be physically present.  Mr. Kopacz is the sole person at HARCO assigned to handling employment discrimination claims

LasVegas 92523.1

- 1 -

1  such that this matter cannot be delegated to another HARCO representative in closer
2  physical proximity to Las Vegas.  (The only person who occasionally acts in Mr.
3  Kopacz's stead on claims of this nature is his superior, who also is in Illinois).

4  It should be noted a previous attendance waiver for Mr. Kopacz was granted
5  regarding the October 13, 2011 Settlement Conference (docket #48), and what
6  Defendant contends was a settlement between the parties was reached despite Mr.
7  Kopacz's lack of personal attendance.  If Judge Navarro declines to enforce this
8  settlement prior to this Settlement Conference, Defendant and Mr. Kopacz should not
9  be penalized in the form of having to make a personal appearance as a result of
10 Plaintiff changing his mind about settlement following the October 13 Settlement
11 Conference.

Respectfully submitted,

FISHER & PHILLIPS LLP


By: /s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada  89169
Attorneys for Defendant

**IT IS SO ORDERED** this 6th day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada  89169

LasVegas 92523.1

- 2 -

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that on the 3rd day of February 2012, the undersigned an employee of Fisher & Phillips LLP, electronically filed the foregoing Motion for Waiver of Attendance of Insurance Representative at Settlement Conference with the U.S. District Court, and a copy was electronically transmitted from the Court to the e-mail address on file for:

James P. Kemp, Esq.

By: /s/ Lorraine James-Newman
An employee of Fisher & Phillips LLP

LasVegas 92523.1

- 3 -